TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Seyed Hojjat Azimi Osmavandani,<br><br>              Petitioner,<br>       v.<br><br>John Mattos, *et al.*,<br><br>              Respondents. | Case No. 2:26-cv-00008-GMN-BNW<br><br>**Stipulation and Order Dismissing Motion to Enforce Order as Moot, ECF No. 22** |

On March 18, 2026 Petitioner was removed from the ISAP program requiring GPS monitoring.

///

///

///

///

///

///

///

///

///

///

///

///

Accordingly, Respondents and Petitioner by and through their undersigned counsel, hereby stipulate and agree that the Motion to Enforce Order, ECF No. 22, in this case be dismissed as moot.

Respectfully submitted this 23rd day of March 2026.

Rene L. Valladares
Federal Public Defender

/s/ Celeste Bacchi
Assistant Federal Public Defender
California State Bar No. 307119
Celeste_Bacchi@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Attorney for Petitioner

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Martin J. Mayer
MARTIN J. MAYER
Special Assistant United States Attorney
Attorneys for the Federal Respondents

IT IS SO ORDERED:

_____
United States District Judge

Dated: ___March 24, 2026___

2